IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>JULIA BEATRICE KELEHER<br><br>Defendants | Criminal No. 21-cr-202-FAB |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW counsel Juan R. Acevedo-Cruz and hereby informs as follows:

1. Counsel needs to travel out of Puerto Rico from September 15, 2022 to October 1, 2022 due to an important family matter.

2. We request that no in-court hearings be set during that period and that any video conference be set for a time after 12 pm EST, due to time difference.

WHEREFORE, it is very respectfully requested from this Honorable Court that from September 15, 2022 to October 1, 2022 no in-court hearings be set during that period and that any videoconference be set for a time after 12 pm EST, due to time difference.

RESPECTFULLY SUBMITTED,  In San Juan, Puerto Rico, on July 12,

Page 2

2022.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

*s/juan r. acevedo-cruz*
Juan R. Acevedo-Cruz (120701)
Suite 501-A
Banco Cooperativo Plaza
623 Ave. Ponce De Leon
San Juan, PR 00917
Tel/Fax: 787-751-2341
E-Mail: jr@jracevedo.com